# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 501 MAL 2015
                                     :
            Respondent    :
                                       : Petition for Allowance of Appeal from
                                       : the **Unpublished Memorandum and**
           v.                 : **Order** of the Superior Court at No. 1090
                                       : MDA 2014 entered on June 2, 2015,
                                       : **affirming** the Judgment of Sentence of
CLARENCE TYRONE TAYLOR,      : the Lancaster County Court of Common
                                       : Pleas at No. CP-36-CR-0000785-2013
            Petitioner     : entered on May 29, 2014

## ORDER

**PER CURIAM**                                          **DECIDED: October 20, 2016**

     **AND NOW**, this 20th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** for proceedings consistent with *Commonwealth v. Lutz-Morrison*, ___ A.3d ___, 2016 WL 4273555 (Pa. Aug. 15, 2016).